PER CURIAM.

(No. 74-CC-593—Claimant )

BILINGUAL EDUCATION SERVICES, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed April 25, 1974.*

Bilingual Education Services, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.